January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PENTAIR VALVES & CONTROLS US LP, F/K/A TYCO VALVES &
CONTROLS, LP, Appellant

NO. 14-13-00641-CV                          V.

JOHN F. JONES, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.



# MANDATE

## The Fourteenth Court of Appeals

NO. 14-13-00641-CV

| | |
|---|---|
| Pentair Valves & Controls US LP, f/k/a Tyco Valves & Controls, LP, Appellant | Appealed from the 234th District Court of Harris County. (Tr. Ct. No. 2012-67835). Opinion delivered Per Curiam. |
| v. | |
| John F. Jones, Appellee | |

**TO THE 234TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 9, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, .

CHRISTOPHER A. PRINE, Clerk

# Fourteenth Court of Appeals

HOUSTON, TEXAS  77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 14-13-00641-CV

DATE CASE FILED: 7/24/2013

STYLE:  **Pentair Valves & Controls US LP, f/k/a Tyco Valves & Controls, LP v. John F.  Jones**

COUNTY:  Harris

DESCRIPTION/SUBJECT OF CASE:  Restricted Appeal

PANEL:  WJB, TC, MWB

AUTHOR: MWB

PER CURIAM:  yes

OPINION ISSUED**:** January 7, 2014

OPINION DECISION: DISMISSED

RECOMMEND:    DESTROY: YES        HISTORICAL:  NO

COMMENTS:

SIGNED:    /s/ Carol M. Porter

DATE: _____

——————————————**FOR CLERK'S USE ONLY**——————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

——————————————**FOR CLERK'S USE ONLY**——————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: